**NSK LTD., NSK Corporation, and NSK Bearings Europe, Ltd., Plaintiffs,**

and

**NTN Corporation, NTN Bearing Corporation of America, American NTN Bearing Manufacturing Corporation, NTN–Driveshaft, Inc., and NTN–BCA Corporation, Plaintiffs–Appellants,**

and

**Asahi Seiko Co., Ltd., Plaintiff,**

and

**Isuzu Motors Ltd. and MPB Corporation, Plaintiffs,**

v.

**UNITED STATES, Defendant–Appellee,**

and

**Timken U.S. Corporation, Defendant–Appellee.**

Nos. 2005–1296, 2005–1317, 2005–1318.

United States Court of Appeals, Federal Circuit.

May 3, 2006.

*ORDER*

NSK Ltd. et al. and Asahi Seiko Co., Ltd. move without opposition to dismiss their appeals, 2005–1317, –1318, from *NSK Ltd. v. United States*, No. 02–00627 (Ct. Int'l Trade).

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The revised official caption in 2005–1296 is reflected above.

(2) All sides shall bear their own costs in 2005–1317, –1318.